## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT District of Florida

Case Number: 6:20-CV-1209-ORL-37LRH

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**SAIRAM 300 LLC, AND SIDDHIVINAYAK 620 LLC, D/B/A 300 SUNOCO**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#619
DAYTONA BEACH, FL 32118

Received by Sheryl Johnson on the 16th day of July, 2020 at 10:30 am to be served on **SAIRAM 300 LLC PRITI PATEL-REGISTERED AGENT, 866 ARBORMOOR PLACE, LAKE MARY, FL 32746**.

I, Sheryl Johnson, do hereby affirm that on the **20th day of July, 2020** at **12:00 pm, I:**

served the **CORPORATION'S REGISTERED AGENT** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date, my initials and hour of service endorsed thereon by me, to: **PRITI PATEL** as **Registered Agent** at the address of: **866 ARBORMOOR PLACE, LAKE MARY, FL 32746** on behalf of **SAIRAM 300 LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Middle Eastern, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

Sheryl Johnson
18-0002

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2020004719

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



Case 6:20-cv-01209-RBD-LRH Document 3 Filed 07/08/20 Page 1 of 2 PageID 14

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

TAVIA WAGNER

*Plaintiff(s)*

v.

SAIRAM 300 LLC, and SIDDHIVINAYAK 620 LLC, d/b/a 300 SUNOCO,

*Defendant(s)*

Civil Action No. 6:20-cv-1209-Orl-37LRH

DATE 7/20/20  TIME 12:00 PM
Server Initials ____
(court-appointed process server)

X  Refused
Recipient Signature

Served Priti Patel
I/F 40 YOA 5'5 130
Blk hair

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SAIRAM 300 LLC
PRITI PATEL - REGISTERED AGENT
866 ARBORMOOR PLACE
LAKE MARY, FLORIDA 32746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  July 8, 2020

LaDarriusJernigan
*Signature of Clerk or Deputy Clerk*