UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                                                 **Case No:  6:20-cv-1209-Orl-37LRH**

**SAIRAM 300 LLC and**
**SIDDHIVINAYAK 620 LLC,**

      **Defendants.**

_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **SAIRAM 300 LLC** in Orlando, Florida on the 24th day of August, 2020.

                                                    ELIZABETH M. WARREN, CLERK

                                                           s/LJ, Deputy Clerk

Copies furnished to:

Counsel of Record