UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                                      Case No. 6:20-cv-1209-RBD-LRH

SAIRAM 300 LLC; and
SIDDHIVINAYAK 620 LLC,

    Defendants.
_____

## ORDER

In January 2021, the Court ordered Plaintiff to show cause why her Complaint (Doc. 1) should not be dismissed for lack of prosecution after Plaintiff failed to move for default judgment against Defendants. (Doc. 28 ("**OSC**").) Plaintiff responded that counsel were attempting to work through their issues but have been unsuccessful and apologized for the delay in moving for default judgment. (Doc. 30.) So the Court discharged the OSC and directed Plaintiff to file motions for default judgment by February 27, 2021. (Doc. 34.) To date, Plaintiff has not filed motions for default judgment. So the Court dismisses the action for lack of prosecution. *See* Local Rule 3.10.

It is **ORDERED AND ADJUDGED**:

    1.    Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT**

**PREJUDICE** for failure to prosecute.

2. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 4, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Parties